**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

H-D U.S.A., LLC,

Plaintiff,

v.

ZHILINNANXIE, et al.,

Defendants.

Case No. 19-cv-06870

**Judge Thomas M. Durkin**

**Magistrate Judge Gabriel A. Fuentes**

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| celoco Store | 38 |
| SAVIOR E SPORTS | 54 |
| 3D & Ladies gentlemen tops Store | 66 |

Dated this 20th day of December 2019.

Respectfully submitted,

/s/ RiKaleigh C. Johnson

Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*